United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SANDRA KIM, § § § Plaintiff, § VS. § § UNIVERSITY OF TEXAS MEDICAL § BRANCH, § § Defendant. § § § | CIVIL ACTION NO. 3:17-CV-147 |

### ORDER OF DISMISSAL

On June 2, 2017, the Plaintiff filed a Notice of Dismissal without prejudice (Dkt. 7) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITHOUT PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

SIGNED at Galveston, Texas, this 6th day of June, 2017.

_____
George C. Hanks Jr.
United States District Judge